U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

SEP - 5 2007

ROBERT H. SHEMWELL, CLERK
BY _____
         DEPUTY

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| ANN VINCENT, ET AL | : | DOCKET NO. 06-1522 |
| VS. | : | JUDGE TRIMBLE |
| ALLSTATE INSURANCE COMPANY | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED AND DECREED** that the motion for partial summary judgment (doc. #23) is hereby **GRANTED** in part and **DENIED** in part. The motion is granted to the extent that Plaintiffs are estopped from recharacterizing, as wind damage, losses for which they have accepted flood insurance compensation, and Allstate is obligated to pay for losses which are attributable to wind damage – a covered peril; the motion is also granted to the extent that the Louisiana Valued Policy Law is not applicable dismissing any such claims pursuant to the LVPL; otherwise, the motion is hereby denied.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 5th day of September, 2007.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE